**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| THE LINCOLN ELECTRIC COMPANY and LINCOLN GLOBAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE ESAB GROUP, INC. and ESAB AB, <br><br> Defendants. | Civil Action No. 2:15-CV-1404 |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SIGNED SETTLEMENT AGREEMENT**

Plaintiffs, The Lincoln Electric Company and Lincoln Global, Inc. ("Plaintiffs"), and Defendants, The ESAB Group, Inc. and ESAB AB ("Defendants"), file this Joint Motion to Stay All Deadlines and Notice of Signed Settlement Agreement. The parties hereby notify the Court that the parties have completed and signed a definitive Settlement Agreement conditioned upon the Court's entry of an agreed Consent Judgment and Injunction.

Under the Court's current Order Granting Motion to Stay All Deadlines (ECF No. 153), the parties are required to file dismissal papers by January 7, 2017, or appear for a status hearing before the Court at 9:00 a.m. on Monday, January 9, 2017. The signed Settlement Agreement provides for the Court's entry of the agreed Consent Judgment and Injunction filed concurrently herewith as Exhibit 1 to the parties' Joint Motion for Entry of Consent Judgment and Injunction, and provides Defendants up to and including January 29, 2017, to pay the agreed settlement fee.

The parties thus respectfully request that the Court stay, continue, or extend all unreached case deadlines applicable between Plaintiffs and Defendants—including the January 7, 2017

1

deadline to file dismissal papers and the January 9, 2017 status conference—through January 31, 2017, so that the Court may enter the Consent Judgment and Injunction and ESAB can make payment under the terms of the signed settlement agreement.

Dated: January 6, 2017                                  Respectfully submitted,

*/s/ William D. McSpadden*
John G. Flaim
Texas Bar No. 00785864
john.flaim@bakermckenzie.com
Jay F. Utley  (Lead Counsel)
Texas Bar No. 00798559
jay.utley@bakermckenzie.com
William D. McSpadden
Texas Bar No. 24002587
william.mcspadden@bakermckenzie.com
Benjamin B. Kelly
Texas Bar No. 24055765
ben.kelly@bakermckenzie.com
Yoon Chae
Texas Bar No. 24085159
yoon.chae@bakermckenzie.com

BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:  (214) 978-3000
Facsimile:  (214) 978-3099

Michael Charles Smith
Texas Bar No. 18650410
Email: michaelsmith@siebman.com
Siebman Burg Phillips & Smith, LLP-Marshall
P.O. Box 1556
Marshall, Texas 75671-1556
Telephone: (903) 938-8900
Facsimile: (972)767-4620

**ATTORNEYS FOR PLAINTIFFS,
THE LINCOLN ELECTRIC COMPANY
AND LINCOLN GLOBAL, INC.**

*/s/ Matthew Satchwell*
Matthew D. Satchwell (Lead Counsel)
Illinois Bar No. 6290672
matthew.satchwell@dlapiper.com
Ferlillia V. Roberson
Illinois Bar No. 296432
ferlillia.roberson@dlapiper.com
DLA PIPER LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Tel: (312) 368-4000
Fax: (312) 236-7516

Dawn M. Jenkins
Texas Bar No. 24074484
dawn.jenkins@dlapiper.com
DLA PIPER LLP
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Tel. 713.425.8400
Fax. 713.425.8401

Harry Lee Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903.934.8450
Fax: 903.934.9257

**ATTORNEYS FOR DEFENDANTS,**
**THE ESAB GROUP, INC. AND ESAB AB**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 6, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ William D. McSpadden*
William D. McSpadden