# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **THE LINCOLN ELECTRIC COMPANY and LINCOLN GLOBAL, INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **THE ESAB GROUP, INC. and ESAB AB,** <br><br> **Defendants.** | Civil Action No. 2:15-CV-1404 |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is Plaintiffs', The Lincoln Electric Company and Lincoln Global, Inc.'s, and Defendants', The ESAB Group, Inc. and ESAB AB's, Joint Motion to Stay All Deadlines and Notice of Signed Settlement Agreement. The Court, having considered the Joint Motion, is of the opinion that the motion should be GRANTED.

It is therefore, ORDERED that the Joint Motion to Stay All Deadlines be and is hereby GRANTED, and that all deadlines as of January 6, 2017, applicable between Plaintiffs and Defendants are stayed up to and through January 31, 2017, so that the Court may enter the Consent Judgment and Injunction and Defendants can make payment under the terms of the signed settlement agreement.

**SIGNED this 9th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE